**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JEFFREY L. ICE,

Plaintiff,

v. No. 1:26-cv-2658-KRS

AMAZON.COM SERVICES LLC,

Defendant.

**ORDER GRANTING MOTION TO FILE ELECTRONICALLY**

THIS MATTER is before the Court on Plaintiff's Motion For Permission To File Electronically Through CM/ECF (Doc. 8). The Motion states that Plaintiff is proceeding pro se; that he has a reliable computer, internet access, and an active email address and is able to create, review, and submit documents in PDF format; that Electronic filing would assist Plaintiff in timely filing documents, receiving docket information, and complying with Court deadlines while reducing unnecessary travel to the Clerk's Office; and that Plaintiff understands that permission to file electronically does not excuse compliance with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of New Mexico, Court orders, and the Court's CM/ECF Administrative procedures.

Finding good cause, the Court grants Plaintiff permission to file electronically in this case only. *See* Guide for Pro Se Litigants at 13, District of New Mexico (October 2022) ("[A]pproval to electronically file documents within a case must be granted by the presiding judge for each case in which the pro se litigant wishes to file using their CM/ECF account."). The Court will revoke permission to file electronically if Plaintiff abuses his electronic filing privilege or fails to comply with the rules and procedures in the District of New Mexico's Guide for Pro Se Litigants and the

District of New Mexico's CM/ECF Administrative Procedures Manual. Account registration forms, procedure manuals, and other information can be obtained at the Court's website at http://www.nmd.uscourts.gov/filing-information. This Order only grants Plaintiff permission to participate in CM/ECF; Plaintiff is responsible for registering to become a participant. *See* CM/ECF Administrative Procedures Manual, District of New Mexico (Revised June 2024).

**FOR THE FOREGOING REASONS,** Plaintiff's Motion For Leave To File Electronically, Doc. 8, is **GRANTED.**

**IT IS SO ORDERED** this 25th day of August, 2026.

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE